ACCEPTED
12-16-00325-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/28/2017 4:09 PM
Pam Estes
CLERK

CAUSE NUMBER 12-16-00325-CR

| | | |
|---|---|---|
| EARL DAVIS WILLIAMS JR | § | IN THE |
| | § | |
| VS. | § | TWELFTH JUDICIAL DISTRICT |
| | § | |
| THE STATE OF TEXAS | § | COURT OF APPEALS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/28/2017 4:09:44 PM
PAM ESTES
Clerk

## APPELLANT'S MOTION
## FOR LEAVE TO FILE LATE BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW Appellant Earl Davis Williams Jr., by and through Colin D. McFall, Attorney of Record in the above numbered and styled cause, and for good cause moves the instant Court grant Appellant's Motion for Leave to File Late Brief. In support of said motion, Appellant would respectfully show this Honorable Court the following:

I.

Pursuant to *Rule 10.5(b) (1) (A)*, Texas Rules of Appellate Procedure, Appellant's Brief was due on or before the 17th day of July 2017.

II.

Pursuant to *Rule 10.5(b) (1) (B)*, Texas Rules of Appellate Procedure, Appellant respectfully request a fourteen (14) day extension of time to file Appellant's Brief. If granted, Appellant's Brief would be due on the 28th day of July 2017.

III.

Pursuant to *Rule 10.5(b) (1) (C)*, Texas Rules of Appellate Procedure, Counsel relies on the following facts to reasonably explain the need for the requested extension:

Counsel is engaged in the multijurisdictional private practice of law. Counsel engages in the practice of family law, juvenile law, criminal defense and quasi criminal proceedings. Counsel submits his work load is high. Counsel needs the requested extension of time to

effectively represent Appellant. Appellant is entitled to the effective representation of Counsel.

## IV.

Pursuant to *Rule 10.5(b) (1) (D)*, Texas Rules of Appellate Procedure, this is Appellant's first Motion for Leave to File Late Brief.

## V.

Pursuant to *Rule 10.1(5)*, Texas Rules of Appellate Procedure, Counsel was not able to consult with opposing counsel, to confirm the instant motion is unopposed.

## VI.

WHEREFORE, PREMISES CONSIDERED, Appellant Earl Davis Williams Jr. prays the Court grant Appellant's Motion for Leave to File Late Brief, and grant Counsel an additional fourteen (14) days to file Appellant's Brief.

RESPECTFULLY SUBMITTED,

/s/ Colin D. McFall
COLIN D. MCFALL
Attorney at Law
Texas Bar Number:    24027498

606 East Crawford Street
Palestine, Texas 75801-2963
Telephone:    903-723-1923
Facsimile:    903-723-0269
Email: cmcfall@mcfall-law-office.com

## CERTIFICATE OF SERVICE

I, Colin D. McFall, Attorney of Record for the above styled Appellant, hereby certify service of a true and correct copy of the above and foregoing document upon Houston County District Attorney, Donna Gordon Kaspar, at dgordon@co.houston.tx.us, by email transmission, on the 28th day of July 2017.

RESPECTFULLY SUBMITTED,

/s/ Colin D. McFall
COLIN D. MCFALL
Attorney at Law
Texas Bar Number:    24027498

606 East Crawford Street
Palestine, Texas 75801-2963
Telephone:    903-723-1923
Facsimile:    903-723-0269
Email:  cmcfall@mcfall-law-office.com

CAUSE NUMBER 12-16-00325-CR

| | | |
|---|---|---|
| EARL DAVIS WILLIAMS JR | § | IN THE |
| | § | |
| VS. | § | TWELFTH JUDICIAL DISTRICT |
| | § | |
| THE STATE OF TEXAS | § | COURT OF APPEALS |

**AFFIDAVIT**

BEFORE ME, the undersigned notary, on this day, personally appeared Colin D. McFall, a person whose identity is known to me. After I administered an oath to Colin D. McFall, upon his oath, he said:

"My name is Colin D. McFall. I am over eighteen years of age, of sound mind and capable of making this Affidavit. I am the Attorney of Record for Earl Davis Williams Jr., in the above numbered and styled cause. I have read the Appellant's Motion for Leave to File Late Brief and swear the facts relied on are within my personal knowledge.

COLIN D. MCFALL

SWORN to and SUBSCRIBED before me by Colin D. McFall on the 28th day of July 2017.

Notary Public in and for the State of Texas

My commission expires: 10-01-17

DAWN M. MCFALL
Notary Public, State of Texas
My Commission Expires
October 01, 2017